IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08cv00597-W

| | |
|---|---|
| CHUCK ISENHOUR, ) | |

CHUCK ISENHOUR, )
)
　Plaintiff, )
)
v. ) ORDER
)
SPX CORPORATION and THE LONG )
TERM DISABILITY PLAN OF GENERAL )
SIGNAL CORPORATION, )
)
　Defendants. )
)

THIS MATTER is before the Court, *sua sponte*, regarding the status of the case. The Court has been advised by the mediator in this case (David B. Hamilton) that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within thirty (30) days. All deadlines are hereby TERMINATED. The parties are directed to file their Stipulation of Dismissal on or before November 9, 2009.

　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　Signed: October 9, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Frank D. Whitney
　　　　　　　　　　　　　　　　　　　　United States District Judge